# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-50031
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit

**FILED**
September 22, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Brook Clayton Aslin,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:22-CR-190-1

_____

Before Willett, Duncan, and Wilson, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Brook Clayton Aslin has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Aslin has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50031

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.